UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GANESHWAR CHAND,

          Petitioner,

     v.

Todd M. LYONS, Acting Director, Immigration and Customs Enforcement, et al.,

          Respondents.

Case No.  3:26-cv-04171

**ORDER FOR RESPONSE TO APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Before the Court is Petitioner's *Ex Parte* Motion for Temporary Restraining Order. Good cause appearing, Respondents shall file a response no later than 1:00 p.m. on May 7, 2026, and shall take no action to deport petitioner pending further order of the court.

**IT IS SO ORDERED**.

Dated: May 6, 2026 at 9:05 p.m. PT

RICHARD SEEBORG
Chief United States District Judge