UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GANESHWAR CHAND,

Plaintiff,

v.

TODD M. LYONS, et al.,

Defendants.

Case No.  26-cv-04171-PCP

**ORDER FOR SUPPLEMENTAL BRIEFING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 2

In consideration of petitioner Ganeshwar Chand's motion for temporary restraining order, Dkt. No. 2, and the government's opposition thereto, Dkt. Nos. 6, 8, the Court orders petitioner and respondents to file an additional supplemental brief of no more than ten pages addressing the analysis that the Court should apply to determine whether the government's detention of an individual triggers the jurisdictional limitation set forth in 8 U.S.C. § 1252(g), including the degree to which the execution of an immigrant's removal must be imminent. Respondents shall also, within the ten-page limit, provide specific details regarding their plans for executing Mr. Chand's removal. Both parties shall file their briefs by May 8, 2026, at 1:00 pm.

**IT IS SO ORDERED.**

Dated: May 7, 2026

P. Casey Pitts
United States District Judge