UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GANESHWAR CHAND,
Plaintiff,

v.

TODD M. LYONS, et al.,
Defendants.

Case No. 26-cv-04171-PCP

**JUDGMENT**

On September 28, 2026, the Court denied Ganeshwar Chand's second amended petition for writ of habeas corpus. Dkt. No. 31. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment against Ganeshwar Chand in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 28, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California